**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 1:23-cr-117-TBM-BWR**

**CHRISTOPHER ANTONIO FRICKE**

**ORDER**

This cause comes before the Court on Defendant Christopher Antonio Fricke's Motion for an Order Directing Counsel to Surrender Papers [146].[1] Defense Counsel, Leilani L. Tynes, has now filed a Response [155] in which she indicates that Fricke has not sent her any requests for case documents. Counsel further states that she has now sent Fricke copies of all documentation that she is authorized to provide.[2] As such, the Court finds that there is nothing more to be provided.

IT IS THEREFORE ORDERED that Defendant Christopher Antonio Fricke's Motion [146] is DENIED as moot.

THIS, the 25th day of November, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

[1] In his Motion, Fricke requested: indictment or charging instruments; search/arrest warrant(s) and supporting affidavits; plea hearing transcripts; written plea agreement; presentence report; sentencing hearing transcripts; and judgment sentence and commitment orders.

[2] Counsel states that she has provided Fricke with the docket sheet, indictment, plea agreement, and judgment. However, in response to Fricke's other requests, Counsel notes that no transcripts are available as no appeal was filed in the case; she cannot provide discovery to Fricke as that is prohibited by the discovery order entered in the case; and she cannot provide Fricke's Presentence Report as that is prohibited by the Bureau of Prisons. Counsel further stated that she has advised the Defendant that he can seek review of his Presentence Report by contacting his case manager.